For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

**v.**

**Harry G. CAMPBELL, Appellant.**

**WD 76300**

Missouri Court of Appeals,
Western District.

FILED: March 24, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2015

Todd T. Smith, Jefferson City, MO, for respondent.

Susan L. Hogan, Kansas City, MO, for appellant.

Before Division Four: Alok Ahuja, Chief Judge, Presiding, Lisa White Hardwick and Cynthia L. Martin, Judges

**ORDER**

Per Curiam

Harry Campbell appeals his conviction for first degree robbery, following a bench trial. After a thorough review of the briefs and the record, we find no error and affirm the judgment of conviction. A formal published opinion would serve no jurisprudential purpose, however, a memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 30.25(b)